Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Grace A. Rawlins
grawlins@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:     (212) 292-5391
*Attorneys for Plaintiff*
*Spin Master Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIN MASTER LTD.,<br><br>*Plaintiff*<br><br>v.<br><br>WWW.SPINMASTERSHOP.COM,<br><br>*Defendant* | **24-cv-7816 (JLR)**<br><br>[~~PROPOSED~~]<br>**UNSEALING ORDER** |

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this  9th   day of   December  , 2024, at   2:25    p..m.
New York, New York

*Jennifer Rochon*
_____
HON. JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE