UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIN MASTER LTD., <br><br> Plaintiff, <br><br> -against- <br><br> WWW.SPINMASTERSHOP.COM, <br><br> Defendant. | Case No. 1:24-cv-07816 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

    Plaintiff shall file proof of service of the summons and complaint, the Court's October 16, 2024 Temporary Restraining Order, and the Court's November 14, 2024 Preliminary Injunction Order on Defendant on ECF by December 13, 2024.

Dated: December 11, 2024
       New York, New York

                                            SO ORDERED.

                                            *Jennifer Rochon*
                                            JENNIFER L. ROCHON
                                            United States District Judge