UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIN MASTER LTD., <br><br> Plaintiff, <br><br> -against- <br><br> www.Spinmastershop.com, <br><br> Defendant. | 1:24-cv-07816 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On February 28, 2025, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* Dkt. 31.

IT IS HEREBY ORDERED that Plaintiff shall serve Defendant with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order **within two business days of the filing of this Order**. Within **two business days of service,** Plaintiff must file proof of such service on the docket.

IT IS FURTHER ORDERED that Defendant shall file any opposition to the motion for default judgment by **March 19, 2025**. IT IS FURTHER ORDERED that Defendant shall appear for a default judgment hearing before this Court on **March 26, 2025 at 11:30 a.m**. in the United States Courthouse, 500 Pearl Street, New York, New York, 10007, in Courtroom 20B.

In the event that Defendant appears or opposes the motion for default judgment prior to that date, the parties shall notify the Court promptly and the Court will adjourn that conference or treat it as an initial pretrial conference.

Dated: March 3, 2025
    New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge