UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIN MASTER LTD.,<br><br>                              Plaintiff,<br><br>     -against-<br><br>WWW.SPINMASTERSHOP.COM<br><br>                              Defendant. | Case No. 1:24-cv-07816 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

       The Court having entered default judgment in this matter on March 26, 2025 in favor of Plaintiff, the Clerk of Court is respectfully directed to close this case.

Dated: April 2, 2025
          New York, New York

                                                    SO ORDERED.

                                                    *Jennifer Rochon*
                                                    JENNIFER L. ROCHON
                                                    United States District Judge